**GOLENBOCK EISEMAN ASSOR BELL & PESKOE**ᴸᴸᴾ

ATTORNEYS AT LAW | 711 THIRD AVENUE, NEW YORK, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | WWW.GOLENBOCK.COM

DIRECT DIAL NO.: 212-907-7360
EMAIL ADDRESS: MHYMAN@GOLENBOCK.COM

October 14, 2024

**VIA ECF**

Hon. Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Torres v. Boar's Head Provisions Co. Inc.*, Case No. 1:24-cv-05405-ERK-TAM

Dear Judge Korman:

This firm, together with Nick Panayotopoulos[1] and the law firm of Weinberg Wheeler Hudgins Gunn & Dial, are counsel for defendant Boar's Head Provisions Co. Inc. ("Defendant"). We write pursuant to Practice Rule III(d) to request an adjournment of Defendant's time to answer, move, or otherwise respond to the Complaint from October 28, 2024, to and including November 17, 2024. The purpose of this request is to continue discussions with plaintiff's counsel that could streamline briefing on certain issues relating to a motion to dismiss and relevant discovery.

Plaintiff's counsel has informed us that they consent to this adjournment. This is the first request for an adjournment of Defendant's time to respond to the Complaint. There are no other scheduled dates that will be affected by this adjournment.

Respectfully submitted,

*/s/ Martin S. Hyman*

Martin S. Hyman

cc: All counsel of record via ECF

---

[1] Subject to *pro hac vice* admission, application for which will be forthcoming.

5021700.1