

November 15, 2024

**FILED VIA ECF**
Judge Edward R. Korman
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Rita Torres v. Boar's Head Provisions Co., Inc.,*
Index No. 1:24-cv-05405

Your Honor:

We represent Plaintiff in the above captioned matter. We write, along with counsel for Plaintiffs in the related matters,[1] to inform the Court that the parties in this action and in the related matters have agreed in principle on all material terms for a proposed class-wide settlement. Accordingly, Plaintiff requests that the Court stay all pending deadlines in this action for sixty (60) days to allow the parties to finalize the settlement agreement and file a consolidated complaint and motion for preliminary approval of the settlement in one of the related matters pending in the Southern District of New York (*Frank Pompilio v. Boar's Head Provisions Co., Inc.*, 7:24-cv-08220 (S.D.N.Y.)). Plaintiff's counsel has spoken with Defendant's counsel and Defendant agrees with Plaintiff's requests.

Please kindly advise should Your Honor have any further questions.

Very truly yours,

SULTZER & LIPARI, PLLC

Jason P. Sultzer

---

[1] The related matters include:
*Frank Pompilio v. Boar's Head Provisions Co., Inc.,* 7:24-cv-08220 (S.D.N.Y.)
*Samantha Chuskas v. Boar's Head Provisions Co., Inc.,* 1:24-cv-07343 (N.D. Ill.)
*Sheryl Gatoff v. Boar's Head Provisions Co., Inc.,* 8:24-cv-01868 (C.D. Cal.)
*Robby Harper v. Boar's Head Provisions Co., Inc* 2:24-cv-02910 (E.D. Cal.)